# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JOANN AND PAUL GAVRITY, parents of a disabled student, M.G.**

   vs.         **MEMBER CASE NUMBER:**     1:06-CV-317 (NAM/DRH)
               **LEAD CASE NUMBER:**       1:05-CV-1024 (NAM/DRH)

**NEW LEBANON CENTRAL SCHOOL DISTRICT and PATRICK GABRIEL, in his individual and official capacity as superintendent**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiffs' Motions for Summary Judgment are DENIED. Further Ordered that defendants' Cross Motions for Summary Judgment are GRANTED in their entirety. It is further Ordered that the Complaints in this consolidated matter are DISMISSED with prejudice.

All of the above pursuant to the order of the Honorable Chief Judge Norman A. Mordue, dated the 29th day of September, 2009.

DATED: September 29, 2009

*[signature]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk